RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual,<br><br>Defendant. | Case No: 3:26-cv-01354<br><br>**DECLARATION OF GABBY PARKER IN SUPPORT OF PLAINTIFF FANDOM, INC.'S *EX PARTE* APPLICATION FOR ORDER PERMITTING EXPEDITED DISCOVERY**<br><br>Complaint Filed:     February 13, 2026 |

I, Gabby Parker, hereby declare as follows:

1.    I am a Senior People Business Partner at Fandom Inc. ("Fandom"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to them. I submit this declaration in support of Fandom's *ex parte* application for expedited discovery to ascertain the identity of Defendant John Doe.

2.    Fandom employs a specific Fandom employee ("Fandom Employee") who performs moderation duties for Fandom's popular video gaming website and community forum, GameFAQs.com ("GameFAQs"). Since at least as early as 2024 through the present, I have worked closely with Fandom Employee regarding his reporting of online harassment and abuse directed at him by a disgruntled former user of GameFAQs whose GameFAQs account and access were restricted for violation of Fandom's policies. That individual is the intended defendant in this lawsuit ("Defendant"). I am familiar with the facts relating to Defendant's conduct aimed at Fandom and Fandom Employee based on my work at the company and with Fandom Employee on this matter, and I summarize those facts here. Where I refer to "Defendant" in this declaration, I do so because, based on my familiarity with the facts of this matter, I believe the conduct described comes from the same individual, the Defendant in this case.

3.    In or around 2023, following its acquisition of GameFAQs, Fandom implemented policies on GameFAQs restricting political content and other categories of content to align with Fandom's policies restricting such content. As part of this implementation, Fandom closed a GameFAQs discussion board that had been focused on political content. Fandom also subsequently updated its GameFAQs moderation rules to align with these policies.

4.    Defendant, who previously used the usernames "Socialmediaisbroken" or "SMIB" and potentially other aliases on GameFAQS, disagreed with Fandom's terms and moderation rules, and repeatedly posted content that violated Fandom's policies, including political content, and generally engaged in conduct contrary to Fandom's policies.  As a result of Defendant's repeated violations of its policies, in 2024, Fandom, through its moderation personnel, including Fandom Employee, limited, suspended, and/or terminated Defendant's access to certain services or portions of GameFAQs.

5. Following his restriction from Fandom's GameFAQs services, I have seen evidence that Defendant has embarked on a sustained campaign of harassment, intimidation, and retaliation directed at Fandom and Fandom Employee.

6. For example, it appears that Defendant launched several subreddits on the Reddit platform to coordinate and further harass Fandom, Fandom Employee, and other Fandom staff, including r/GameFAQsdeathmatch, r/GameFAQsCurrentEvents, r/GameFAQsModeration, r/Tailswasright, r/GameFAQsDramaHub, r/theconglomerate, r/GFconglomerate, and r/April15Twenty24. Based on the posts I have seen, I believe Defendant engaged on these subreddits under usernames "Socialmediaisbroken," "SMIB," "CEDEFEATED," and potentially other aliases.

7. I also believe Defendant is likely the same individual who launched a YouTube account under the username "Smib Thegod," available at https://www.youtube.com/@SmibThegod-oz5wx, which he has used to post videos and commentary relating to his grievances and campaign against Fandom and Fandom staff.

8. I have also seen evidence suggesting that this same individual has used Discord to make harassing statements directed at Fandom and its moderators. For example, I am aware of one message that was sent to a Fandom moderator by Discord user ID 1385464805242175499 and/or username "augustwindsareuponyou" that stated to the moderator, "you have been selected. Your tyranny and unfairness as a GameFAQs moderator has been an abject disgrace, and it has run its course." The message demanded the moderator's resignation, also referenced Fandom Employee, and concluded, "Relinquish your duties and this matter will not be pursued further." Based on the tone and nature of the message, its reference to Fandom Employee and complaints about GameFAQs moderation policies, and my familiarity with Defendant's other alleged conduct, I believe this message to have come from Defendant too. I am aware that the moderator who received this message filed a police report about it.

9. I am also familiar with Defendant's many posts making statements and threats directed at Fandom and Fandom Employee, primarily on the subreddits he appears to have created. These statements included references to the location of Fandom's headquarters in San

Francisco and statements indicating that Defendant planned to travel to Fandom's offices to confront Fandom Employee or other Fandom personnel about Fandom's moderation policies. I understand that one of these posts is attached to the Declaration of Ciara McHale filed with Fandom's application.

10.    Throughout this period, Fandom Employee reported the above ongoing conduct to Fandom's Human Resources department, including myself. Fandom took various measures to address the behavior, dedicating time and resources to support Fandom Employee and other moderators and staff and ensure workplace safety and employee well-being. When appropriate, Fandom also escalated the matter to consult with federal and local law enforcement as appropriate, resulting in increased security at Fandom headquarters and other dedication of resources to the ongoing issue.

11.    I believe that Defendant has recently escalated his behavior further, including by creating Craigslist posts impersonating Fandom Employee and revealing his location or specific home address to draw strangers to his home to conduct sales or other transactions. **Exhibits 1 and 2** to this declaration are screenshots of two such posts captured by Fandom Employee around the time he discovered them, in which I have redacted the full name and address or location of Fandom Employee to maintain his privacy and safety. Most recently, I understand from Fandom Employee that it appears Defendant has also begun responding to other Craigslist posts, by impersonating Fandom Employee and explicitly instructing others to go to Fandom Employee's home, indicating that they can let themselves into his house. Because Defendant is making these posts as replies to Craigslist ads and/or in private messages, we have been unable to ascertain their scope or breadth but are gravely concerned it is widespread, increasing risk of danger and harm to Fandom Employee and his family and Fandom more broadly.

12.    As a result of these posts, a number of strangers have come to Fandom Employee's residence on multiple occasions in January and February 2026, in apparent response to Defendant's Craigslist ads. I understand based on discussions with Fandom Employee that these strangers became verbally aggressive with Fandom Employee's spouse and caused severe distress

to Fandom Employee and his family. And just last week, on February 12, 2026, one individual tried to enter Fandom Employee's home physically without permission.

13. Based on my discussions with Fandom Employee, I know that these incidents, together with Defendant's online threats and disclosures, have caused significant distress to Fandom Employee and given him serious concerns for his safety and wellbeing. To support Fandom Employee, Fandom has also diverted substantial resources to this matter, including implementing security measures, offering mental health and cyberbullying resources, encouraging Fandom Employee to make reports to law enforcement, consulting directly with law enforcement as appropriate, and now filing this lawsuit. I have seen firsthand Fandom's efforts and resources dedicated to address these threats and harassment and protect Fandom Employee's physical and mental safety and wellbeing.

14. In an effort to identify Defendant and stop the harassment, Fandom has also undertaken substantial investigative efforts. As part of these efforts, I, along with Fandom Employee and other employees, have collected and reviewed Defendant's online postings, videos, and messages across multiple online platforms, including Reddit, YouTube, Discord, and Craigslist. We have analyzed usernames, content, timestamps, and other available information to determine Defendant's identity. Below is a summary of what we have found from those efforts.

| Platform | Example Usernames / Identifiers / Posts | Description of Posts / Conduct |
|---|---|---|
| Reddit | <ul><li>Socialmediaisbroken</li><li>CEDEFEATED</li><li>Unknown creator of the following subreddits:<ul><li>**r/GameFAQsdeathmatch**</li><li>**r/GameFAQsCurrentEvents**</li><li>**r/GameFAQsModeration**</li><li>**r/Tailswasright**</li><li>**r/GameFAQsDramaHub**</li><li>**r/theconglomerate**</li><li>**r/GFconglomerate**</li><li>**r/April15Twenty24**</li></ul></li></ul> | Posts threatening Fandom moderators, including Fandom Employee, and Fandom headquarters |

| YouTube/ Google | • Smib Thegod<br>• @SmibThegod-oz5wx<br>• https://www.youtube.com/@SmibThegod-oz5wx | Videos and channel showing communications with Fandom moderators |
|---|---|---|
| Discord | • Discord user ID 1385464805242175499;<br>• augustwindsareuponyou | Threatening and coercive message to and about Fandom moderators |
| Craigslist | • Post ID 7911133137 (Ex. 1)<br>• Exhibit 2 to this declaration | Posts revealing Fandom's name, address, phone number, and status as a Fandom Employee, encouraging third parties to enter Fandom Employee's home, and claiming Fandom Employee is willing to "trade for sex" with him or his spouse |
| Comcast | • IP address 73.208.164.74 | IP address linked to GameFAQs account registration |

15.     Fandom also attempted to obtain further identifying information by analyzing technical information associated with Defendant's account on GameFAQs. Specifically, Fandom reviewed the IP address associated with Defendant's former GameFAQs account, shown above, and used internal tools to trace that IP address to the Chicago, Illinois area.

16.     In addition, I know that Fandom Employee has reported this abusive and harassing content to the operators of the platforms listed above and, where appropriate, requested that such content be removed and that Defendant's accounts be moderated or restricted. I am aware that Fandom Employee has had to continue searching for offending posts to ensure their prompt removal, causing him further distress.

17.     Finally, I am aware that Fandom, both directly and through Fandom Employee, has also consulted with law enforcement regarding Defendant's conduct, including Defendant's threats to appear at Fandom headquarters, online threats and harassment, and impersonation and doxxing activities resulting in the apparent physical intrusions at Employee's home. Fandom has

provided law enforcement with relevant information in its possession regarding Defendant's activities.

18.    Despite these efforts, Fandom has been unable to determine Defendant's true identity.

19.    Defendant's harassment, threats, and doxxing are ongoing. Fandom is concerned that, unless Defendant's identity is promptly ascertained, Defendant will continue to engage in harassing, threatening, and dangerous conduct directed at Fandom, Fandom Employee and his family, and potentially other Fandom moderators and staff.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 18, 2026.

*Gabby Parker*
_____
Gabby Parker

# EXHIBIT 1

reply  flagged  share

Posted 12 days ago



~~PS5 Playstation 5 console with 1 controller – $175~~



My Name is **NAME REDACTED** I an a quality manager at fandom.

I am selling my ps5 with controller

I am asking $175 I Got the pro system and I don't need this

Cash only

Stop by 9am to 9pm 7 days a week

**ADDRESS REDACTED**

post id: 7911133137     posted: 12 days ago     updated: 2 days ago     best of [?]

# EXHIBIT 2

Nintendo amiibo collection – $1,500  Address Redacted





Hello my name is [Name Redacted] I work as a quality manager at Fandom I have collected amiibos over the years

I am selling my collection for 1500 will also trade for sex with me and my spouse