RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>JOHN DOE, an individual,<br><br>                Defendant. | Case No: 3:26-cv-01354-LJC<br><br>**DECLARATION OF CIARA MCHALE IN SUPPORT OF PLAINTIFF FANDOM, INC.'S SECOND *EX PARTE* APPLICATION FOR AN ORDER PERMITTING EXPEDITED DISCOVERY** |

I, Ciara McHale, hereby declare as follows:

1.    I am an attorney at law licensed to practice in the State of California and the Northern District of California. I am an attorney at the law firm of Tyz Law Group PC, attorneys for Plaintiff Fandom, Inc. ("Fandom") in this action. I submit this declaration in support of Fandom's Second *Ex Parte* Application for Order Permitting Expedited Discovery ("Application"). I have personal knowledge of the matters set forth in this and, if called to testify as a witness, would be competent to testify as follows.

2.    On March 13, 2026, pursuant to the Court's order at Dkt. 10, my firm served the subpoenas attached to my prior declaration in support of Fandom's *Ex Parte* Application for Order Permitting Expedited Discovery ("First Application"), including a subpoena to Craigslist. *See* Dkt. 6-1, Exs. A-E.

3.    On March 18, 2026, I received an email from Craigslist that included a production of documents in response to Fandom's subpoena. Attached to this declaration as **Exhibit 1** is a true and correct copy of the records produced by Craigslist ("Craigslist Records").  Exhibit 1 includes redactions of Fandom Employee's name, home address/location, and photos that purport to show the inside of Fandom Employee's home, to protect his privacy.  To the extent the Court wishes to see unredacted portions of these records, I can produce them for *in camera* review.

4.    The Craigslist Records include the following emails associated with posts apparently made by Defendant: somedudeyouknow2024@gmail.com and ourlordandsaviortaco@gmail.com.  These email addresses include no personally identifying information but instead consist of alias or pseudonymous language. I searched on Google for these email addresses, but I did not get any results linking either address to identifying information.

5.    The Craigslist Records also include the following IP addresses associated with posts apparently made by Defendant: 24.165.89.125, 216.77.46.56, and 76.93.131.244. In connection with this lawsuit, I used the American Registry for Internet Numbers (ARIN) to search for these IP addresses, which I understand from the Craigslist Records are linked to posts made

by Defendant on Craigslist. I entered each IP address into the search bar on the website, and the results of my searches are below.

    a.  My ARIN search results indicated that the ISP source for the IP address 216.77.46.56 is AT&T. *See* https://search.arin.net/rdap/?query=216.77.46.56 (last accessed March 20, 2026).

    b.  My ARIN search results indicated that the ISP source for the IP address 24.165.89.125 is Charter Communications. *See* https://search.arin.net/rdap/?query=24.165.89.125 (last accessed March 20, 2026).

    c.  My ARIN search results indicated that the ISP source for the IP address 76.93.131.244 is Charter Communications. *See* https://search.arin.net/rdap/?query=76.93.131.244 (last accessed March 20, 2026).

**Proposed Subpoenas**

6. Attached to this declaration as **Exhibit 2** is a true and correct copy of a proposed subpoena that Fandom intends to serve on AT&T Corp. through its registered agent if the Court grants Fandom's Application. Fandom would propose a compliance deadline of fourteen (14) days from service of the proposed subpoena.

7. Attached to this declaration as **Exhibit 3** is a true and correct copy of a proposed subpoena that Fandom intends to serve on Charter Communications Inc. through its registered agent if the Court grants Fandom's second application. Fandom would propose a compliance deadline of fourteen (14) days from service of the proposed subpoena.

8. Attached to this declaration as **Exhibit 4** is a true and correct copy of a proposed subpoena that Fandom intends to serve on Google, LLC through its registered agent if the Court grants Fandom's second application. Fandom would propose a compliance deadline of fourteen (14) days from service of the proposed subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2026.

_/s/Ciara McHale_
Ciara McHale