```
------- DATABASE ENTRY NUMBER 1 ----------------------------------------------

               posting_id: 7910599079
             poster_email: somedudeyouknow2024@gmail.com
                  user_id: 405360843
                poster_ip: 24.165.89.125
          auth_user_phone: n/a
   auth_user_phone_modify: n/a
           record_created: Fri Jan 23 2026 11:36:38 AM (Pacific)
              posted_date: Fri Jan 23 2026 11:40:38 AM (Pacific)
    posting_renewal_dates: n/a
          record_modified: Fri Jan 23 2026 11:38:06 AM (Pacific)
```
Address Redacted
```
       subarea_description: n/a
              neighborhood: n/a
```
Address Redacted
```
      category_description: health and beauty - by owner
             category_type: for sale
                     price: 5
            invoice_item_id: n/a
             email_replies: cl relay
            posting_status: removed


            posting_title: Marijuana shop 42whoa everything your heart desires


                  posting_body
                  ===========
```
My Name is ███████    I an a quality manager at fandom.
My passion is weed and gaming when I am not teabagging someone in a game I
am getting high and selling weed from my house
I have everything your heart desires edibles, buds, vapes, capsules,
drinks, tinctures you name it.
Take a look at my place conveniently located in beautiful `Address Redacted` please
knock loud as I am hearing impaired.
Stop by 9am to 9pm 7 days a week
Address Redacted

```
                  attributes
                  ==========
```
Address Redacted

Address Redacted
```
                  language: english
```
Address Redacted
```
                     price: 5
```

```
------- DATABASE ENTRY NUMBER 2 ---------------------------------------------

                posting_id: 7910782967
             poster_email: somedudeyouknow2024@gmail.com
                  user_id: 405360843
                poster_ip: 24.165.89.125
          auth_user_phone: n/a
   auth_user_phone_modify: n/a
           record_created: Sat Jan 24 2026 10:29:15 AM (Pacific)
              posted_date: Sat Jan 24 2026 10:48:15 AM (Pacific)
    posting_renewal_dates: n/a
          record_modified: Sat Jan 24 2026 10:30:07 AM (Pacific)
```
Address Redacted

```
      subarea_description: n/a
             neighborhood: n/a
```
Address Redacted

```
     category_description: health and beauty - by owner
            category_type: for sale
                    price: n/a
          invoice_item_id: n/a
            email_replies: cl relay
           posting_status: removed

            posting_title: Marijuana sold from my house freshb. The best stuff out there you
will be saying


            posting_body
            ===========
My Name is ▮▮▮▮▮▮▮       I an a quality manager at fandom.
My passion is weed and gaming when I am not teabagging someone in a game I
am getting high and selling weed from my house
I have everything your heart desires edibles, buds, vapes, capsules,
drinks, tinctures you name it.
Take a look at my place conveniently located in beautiful [Address Redacted]  please
knock loud as I am hearing impaired.
No illegals or LGBT allowed
Stop by 9am to 9pm 7 days a week
```
Address Redacted









shutterstock.com · 2164397341















```
attributes
==========
                 Address Redacted
Address Redacted

    language: english
       Address Redacted
why_no_price: negotiable
```

```
------- DATABASE ENTRY NUMBER 3 ---------------------------------------------

                posting_id: 7910792367
              poster_email: somedudeyouknow2024@gmail.com
                   user_id: 405360843
                 poster_ip: 24.165.89.125
           auth_user_phone: n/a
    auth_user_phone_modify: n/a
            record_created: Sat Jan 24 2026 11:04:31 AM (Pacific)
               posted_date: Sat Jan 24 2026 11:42:31 AM (Pacific)
     posting_renewal_dates: n/a
           record_modified: Sat Jan 24 2026 11:06:07 AM (Pacific)
```
[Address Redacted] ███████████████████
```
       subarea_description: n/a
              neighborhood: n/a
```
[Address Redacted] ███████████████
```
      category_description: health and beauty - by owner
             category_type: for sale
                     price: 5
           invoice_item_id: n/a
             email_replies: cl relay
            posting_status: removed


             posting_title: 42whoa the best weed money can buy


                posting_body
                ===========
```
My Name is ██████████ I an a quality manager at fandom.
My passion is weed and gaming when I am not teabagging someone in a game I
am getting high and selling weed from my house
I have everything your heart desires edibles, buds, vapes, capsules,
drinks, tinctures you name it.
Take a look at my place conveniently located in beautiful [Address Redacted] please
knock loud as I am hearing impaired.
No illegals or LGBT allowed
Stop by 9am to 9pm 7 days a week
[Address Redacted] ███████████████










shutterstock.com · 2164397341

```
attributes
==========
```

Address
Redacted

```
language: english
```
Address Redacted

```
price: 5
```

```
-------- DATABASE ENTRY NUMBER 4 ------------------------------------------------

                   posting_id: 7910794738
                 poster_email: somedudeyouknow2024@gmail.com
                      user_id: 405360843
                    poster_ip: 216.77.46.56
              auth_user_phone: n/a
       auth_user_phone_modify: n/a
               record_created: Sat Jan 24 2026 11:13:12 AM (Pacific)
                  posted_date: Sat Jan 24 2026 11:17:12 AM (Pacific)
         posting_renewal_dates: n/a
              record_modified: Sat Jan 24 2026 11:14:07 AM (Pacific)
```

**Address Redacted** ██████████████████

```
            subarea_description: n/a
                   neighborhood: n/a
```

**Address Redacted** ████████████

```
           category_description: general for sale - by owner
                  category_type: for sale
                          price: n/a
                invoice_item_id: n/a
                  email_replies: cl relay
                 posting_status: removed

                  posting_title: Weed the best stuff you can possibly imagine


                   posting_body
                   ===========
```

My Name is ████████  I an a quality manager at fandom.
Stop flagging my shit ypu liveral pieces of shit I hope your family gets cancer
My passion is weed and gaming when I am not teabagging someone in a game I am getting high and selling weed from my house
I have everything your heart desires edibles, buds, vapes, capsules, drinks, tinctures you name it.
Take a look at my place conveniently located in beautiful **Address Redacted** please knock loud as I am hearing impaired.
No illegals or LGBT allowed
Stop by 9am to 9pm 7 days a week
**Address Redacted** ████████████








```
    attributes
    ==========
```
Address Redacted

```
    language: english
```
Address Redacted

```
why_no_price: negotiable
```

```
------- DATABASE ENTRY NUMBER 5 -----------------------------------------------

                  posting_id: 7911133137
                poster_email: ourlordandsaviortaco@gmail.com
                     user_id: 405406200
                   poster_ip: 24.165.89.125
             auth_user_phone: n/a
      auth_user_phone_modify: n/a
              record_created: Mon Jan 26 2026 09:55:25 AM (Pacific)
                 posted_date: Thu Feb 05 2026 09:54:38 AM (Pacific)
       posting_renewal_dates: Thu Feb 05 2026 09:49:38 AM (Pacific)
                              Mon Feb 02 2026 08:38:50 AM (Pacific)
                              Sat Jan 31 2026 08:12:05 AM (Pacific)
                              Thu Jan 29 2026 05:24:05 AM (Pacific)
              record_modified: Sat Feb 07 2026 11:13:37 AM (Pacific)
```
Address Redacted
```
        subarea_description: n/a
               neighborhood: n/a
```
Address Redacted
```
        category_description: video gaming - by owner
               category_type: for sale
                       price: 175
              invoice_item_id: n/a
                email_replies: cl relay
               posting_status: removed

               posting_title: PS5 Playstation 5 console with 1 controller


                posting_body
                ===========
```
My Name is ▮▮▮▮▮▮▮ I an a quality manager at fandom.
I am selling my ps5 with controller
I am asking $175 I Got the pro system and I don't need this
 Cash only
Stop by 9am to 9pm 7 days a week
Address Redacted

```
                attributes
```

Address
Redacted

is_renewed: CHECKED
language: english

Address Redacted

price: 175

------ DATABASE ENTRY NUMBER 6 ------------------------------------------

```
                posting_id: 7911356756
              poster_email: ourlordandsaviortaco@gmail.com
                   user_id: 405406200
                 poster_ip: 24.165.89.125
           auth_user_phone: n/a
    auth_user_phone_modify: n/a
            record_created: Tue Jan 27 2026 09:58:37 AM (Pacific)
               posted_date: Tue Jan 27 2026 10:46:37 AM (Pacific)
     posting_renewal_dates: n/a
           record_modified: Tue Jan 27 2026 10:13:24 AM (Pacific)
```

**Address Redacted** ████████████████████

```
       subarea_description: n/a
              neighborhood: n/a
```
**Address Redacted** ████████████
```
      category_description: rooms & shares
             category_type: housing
                     price: n/a
           invoice_item_id: n/a
             email_replies: none
            posting_status: removed
                  xstreet0: n/a
                  xstreet1: n/a
                      city: n/a
                  bedrooms: 2
              surface_area: 1100

             posting_title: Room for rent (free)


                posting_body
                ===========
```

My names ██████████  I am 29 and I am a they/them/furry/sissy boy/femboy pansexuaal
I am looking for another roommate that's similar or trans and will get free rent for sex twice a week
I am STD free and work for Fandom as a quality manager
I am offering you your own bedroom and bath
My olace had a washer and dryer inside the unit and a garage heating and air.
All applicants must be std free and like having sex as a furry
My Name is ██████████  I an a quality manager at fandom.
My passion is weed and gaming when I am not teabagging someone in a game I am getting high and selling weed from my house
I have everything your heart desires edibles, buds, vapes, capsules, drinks, tinctures you name it.
Take a look at my place conveniently located in beautiful **Address Redacted** please knock loud as I am hearing impaired.
No illegals or LGBT allowed
Stop by 9am to 9pm 7 days a week
**Address Redacted** ████████████████



PHOTOS OF HOME REDACTED Case 3:26-cv-01234-CC Document 11-2 Filed 03/20/26 Page 13 of 33



```
         attributes
         ==========
airconditioning: CHECKED
      bathrooms: 2
       bedrooms: 2
```
Address Redacted
```
   housing_type: house
   is_furnished: CHECKED
        laundry: w/d in unit
        parking: detached garage
      pets_cat: CHECKED
      pets_dog: CHECKED
```
Address Redacted
```
   private_bath: CHECKED
   private_room: CHECKED
   surface_area: 1100
```

-------- DATABASE ENTRY NUMBER 7 --------------------------------------------------

```
            posting_id: 7911388942
          poster_email: ourlordandsaviortaco@gmail.com
               user_id: 405406200
             poster_ip: 24.165.89.125
       auth_user_phone: n/a
auth_user_phone_modify: n/a
        record_created: Tue Jan 27 2026 11:48:48 AM (Pacific)
           posted_date: Tue Jan 27 2026 12:18:48 PM (Pacific)
 posting_renewal_dates: n/a
       record_modified: Tue Jan 27 2026 12:13:04 PM (Pacific)
```

**Address Redacted** ███████████████████

```
     subarea_description: n/a
            neighborhood: n/a
```

**Address Redacted** ██████████████

```
    category_description: rooms & shares
           category_type: housing
                   price: n/a
         invoice_item_id: n/a
           email_replies: none
          posting_status: removed
```

**Address Redacted** ████████████████

```
                xstreet1: n/a
                    city: n/a
                bedrooms: 2
            surface_area: n/a

           posting_title: Room for rent
```

```
            posting_body
            ===========
```

Please stop flagging my stuff because I am a furry, pansexual, femboy.
Thsi is my lifestyle and it is what makes me happy please don't judge
and flag
My names ███████████ I am 29 and I am a they/them/furry/sissy boy/femboy
pansexuaal
I work as a quality manager at fandom so I worn from home
I am looking for another roommate that's similar or trans and will get
free rent for sex twice a week
I am STD free and work for Fandom as a quality manager
I am offering you your own bedroom and bath
My place has a washer and dryer inside the unit and a garage heating and
air.
All applicants must be std free and like having sex as a furry
Take a look at my place conveniently located in beautiful **Address Redacted** please
knock loud as I am hearing impaired
Stop by 9am to 9pm 7 days a week
**Address Redacted** ███████████████



PHOTOS OF HOME REDACTED Case 3:26-cv-01234 Document 11-2   Filed 03/20/26   Page 17 of 33



```
        attributes
        ==========
     bathrooms: 2
      bedrooms: 2
```
Address Redacted
```
  housing_type: house
       laundry: w/d in unit
       parking: detached garage
```
Address Redacted
```
  private_bath: CHECKED
  private_room: CHECKED
  surface_area: 0
```
Address Redacted

```
------- DATABASE ENTRY NUMBER 8 --------------------------------------

                posting_id: 7911452347
              poster_email: ourlordandsaviortaco@gmail.com
                   user_id: 405406200
                 poster_ip: 24.165.89.125
           auth_user_phone: n/a
    auth_user_phone_modify: n/a
            record_created: Tue Jan 27 2026 04:27:15 PM (Pacific)
               posted_date: Tue Jan 27 2026 05:18:15 PM (Pacific)
     posting_renewal_dates: n/a
           record_modified: Tue Jan 27 2026 04:43:21 PM (Pacific)
```
Address Redacted
```
          subarea_description: n/a
             neighborhood: n/a
```
Address Redacted
```
      category_description: rooms & shares
             category_type: housing
                     price: 1
           invoice_item_id: n/a
             email_replies: none
            posting_status: removed
                  xstreet0: n/a
                  xstreet1: n/a
                      city: n/a
                  bedrooms: 2
              surface_area: 1000

             posting_title: Room for rent


              posting_body
              ===========
```
Please stop flagging my stuff because I am a furry, pansexual, femboy.
Thsi is my lifestyle and it is what makes me happy please don't judge
and flag
My names [REDACTED]      I am 29 and I am a they/them/furry/sissy boy/femboy
pansexuaal
I work as a quality manager at fandom so I worn from home
I am looking for another roommate that's similar or trans and will get
free rent for sex twice a week
I am STD free and work for Fandom as a quality manager
I am offering you your own bedroom and bath
My place has a washer and dryer inside the unit and a garage heating and
air.
All applicants must be std free and like having sex as a furry
Take a look at my place conveniently located in beautiful [Address Redacted]  please
knock loud as I am hearing impaired
Stop by 9am to 9pm 7 days a week
Address Redacted



PHOTOS OF HOME REDACTED



```
              attributes
              ==========
airconditioning: CHECKED
      bathrooms: 2
       bedrooms: 2
```
Address Redacted
```
   housing_type: house
   is_furnished: CHECKED
         laundry: w/d hookups
         parking: detached garage
       pets_cat: CHECKED
       pets_dog: CHECKED
```
Address Redacted
```
          price: 1
   private_bath: CHECKED
   private_room: CHECKED
    rent_period: monthly
   surface_area: 1000
```

------- DATABASE ENTRY NUMBER 9 -------------------------------------------

```
              posting_id: 7911641961
            poster_email: ourlordandsaviortaco@gmail.com
                 user_id: 405406200
               poster_ip: 24.165.89.125
         auth_user_phone: n/a
  auth_user_phone_modify: n/a
          record_created: Wed Jan 28 2026 02:33:52 PM (Pacific)
             posted_date: Wed Jan 28 2026 03:36:52 PM (Pacific)
   posting_renewal_dates: n/a
         record_modified: Wed Jan 28 2026 03:07:40 PM (Pacific)
```
Address Redacted ███████████████████
```
       subarea_description: n/a
            neighborhood: n/a
```
Address Redacted ██████████████
```
    category_description: rooms & shares
           category_type: housing
                   price: 250
         invoice_item_id: n/a
           email_replies: none
          posting_status: removed
```
Address Redacted ██████████████████
```
                xstreet1: n/a
                    city: n/a
                bedrooms: 2
            surface_area: 1100

           posting_title: Room for rent


            posting_body
            ===========
```
Please stop flagging my stuff because I am a furry, pansexual, femboy.
Thsi is my lifestyle and it is what makes me happy please don't judge
and flag
My names ██████████  I am 29 and I am a they/them/furry/sissy boy/femboy
pansexual
I work as a quality manager at fandom so I work from home
I am looking for another roommate
I work as a quality manager at Fandom
I am offering you your own bedroom and bath
My place has a washer and dryer inside the unit and a garage heating and
air
Take a look at my place conveniently located in beautiful Address Redacted please
knock loud as I am hearing impaired
Stop by 9am to 9pm 7 days a week
Address Redacted ████████████████



PHOTOS OF HOME REDACTED Case 6:25-mj-01852-AGC Document 11-2 Filed 03/20/26 Page 26 of 33

```
        attributes
        ==========
        bathrooms: 2
         bedrooms: 2
```
Address Redacted
```
    housing_type: house
          laundry: w/d in unit
          parking: detached garage
```
Address Redacted
```
            price: 250
     private_bath: CHECKED
     private_room: CHECKED
     surface_area: 1100
```
Address Redacted

```
------- DATABASE ENTRY NUMBER 10 ---------------------------------------------

                posting_id: 7912373489
              poster_email: ourlordandsaviortaco@gmail.com
                   user_id: 405406200
                 poster_ip: 76.93.131.244
           auth_user_phone: n/a
    auth_user_phone_modify: n/a
            record_created: Sun Feb 01 2026 09:09:18 AM (Pacific)
               posted_date: Thu Feb 05 2026 10:22:12 AM (Pacific)
     posting_renewal_dates: Thu Feb 05 2026 09:49:43 AM (Pacific)
                            Tue Feb 03 2026 09:39:07 AM (Pacific)
            record_modified: Sat Feb 07 2026 11:13:35 AM (Pacific)
```

Address Redacted

```
        subarea_description: n/a
               neighborhood: n/a
```

Address Redacted

```
       category_description: video gaming - by owner
              category_type: for sale
                      price: 1500
             invoice_item_id: n/a
              email_replies: cl relay
             posting_status: removed

              posting_title: Nintendo amiibo collection


                posting_body
                ===========
```

Hello my name is ▮▮▮▮▮▮▮     I work as a quality manager at Fandom I have
collected amiibos over the years
I am selling my collection for 1500 will also trade for sex with me and my
spouse



```
                 attributes
                 ==========
```

Address Redacted

```
                 is_renewed: CHECKED
                   language: english
```

Address Redacted

price: 1500

```
-------- DATABASE ENTRY NUMBER 11 -------------------------------------------

                 posting_id: 7913904269
              poster_email: ourlordandsaviortaco@gmail.com
                   user_id: 405406200
                 poster_ip: 76.93.131.244
           auth_user_phone: n/a
    auth_user_phone_modify: n/a
            record_created: Sun Feb 08 2026 12:48:33 PM (Pacific)
               posted_date: Sun Feb 08 2026 01:23:33 PM (Pacific)
     posting_renewal_dates: n/a
           record_modified: Sun Feb 08 2026 01:10:00 PM (Pacific)
```

Address Redacted ████████████

```
       subarea_description: n/a
              neighborhood: n/a
```

Address Redacted ██████████

```
      category_description: general community
             category_type: community
                     price: n/a
            invoice_item_id: n/a
             email_replies: cl relay
            posting_status: removed

             posting_title: Huge super bowl party!!!!


               posting_body
               ===========
```

My name is ████████     I am a quality manager at fandom ne abd my spouse are
hosting a huge super bowl party. Please bring a diah or alcohol with you
wheb you come so we can add food for everyone!
Free alcohol
Free food
Free games
I have whiskey, tequila, beer, soda, pizza, wings, sandwiches, steak,
shrimp, and so many desserts
Stop by my house at
Address Redacted ████████████

Party starts right now go patriots


```
                attributes
                ==========
```
Address Redacted ████████████

```
------- DATABASE ENTRY NUMBER 12 ----------------------------------------

                posting_id: 7913910860
              poster_email: ourlordandsaviortaco@gmail.com
                   user_id: 405406200
                 poster_ip: 76.93.131.244
           auth_user_phone: n/a
    auth_user_phone_modify: n/a
            record_created: Sun Feb 08 2026 01:21:52 PM (Pacific)
               posted_date: Sun Feb 08 2026 01:49:52 PM (Pacific)
     posting_renewal_dates: n/a
           record_modified: Sun Feb 08 2026 01:39:53 PM (Pacific)
```
Address Redacted
```
        subarea_description: n/a
              neighborhood: n/a
```
Address Redacted
```
       category_description: general community
             category_type: community
                     price: n/a
            invoice_item_id: n/a
             email_replies: cl relay
            posting_status: removed

             posting_title: Huge super bowl party!!!


                posting_body
                ===========
```
My name is ███████ I am a quality manager at fandom ne abd my spouse are
hosting a huge super bowl party. Please bring a diah or alcohol with you
when you come so we can add food for everyone!
Free alcohol
Free food
Free games
I have whiskey, tequila, beer, soda, pizza, wings, sandwiches, steak,
shrimp, and so many desserts
Stop by my house at
Address Redacted

Party starts right now go patriots


                attributes
                ==========
```
Address
Redacted

```
------- DATABASE ENTRY NUMBER 1 ----------------------------------------------------------

                posting_id: 7911133137
              poster_email: ourlordandsaviortaco@gmail.com
                   user_id: 405406200
                 poster_ip: 24.165.89.125
           auth_user_phone: n/a
    auth_user_phone_modify: n/a
            record_created: Mon Jan 26 2026 09:55:25 AM (Pacific)
               posted_date: Thu Feb 05 2026 09:54:38 AM (Pacific)
     posting_renewal_dates: Thu Feb 05 2026 09:49:38 AM (Pacific)
                            Mon Feb 02 2026 08:38:50 AM (Pacific)
                            Sat Jan 31 2026 08:12:05 AM (Pacific)
                            Thu Jan 29 2026 05:24:05 AM (Pacific)
            record_modified: Sat Feb 07 2026 11:13:37 AM (Pacific)
```

Address Redacted

```
       subarea_description: n/a
              neighborhood: n/a
```

Address Redacted

```
      category_description: video gaming - by owner
             category_type: for sale
                     price: 175
           invoice_item_id: n/a
             email_replies: cl relay
            posting_status: removed

             posting_title: PS5 Playstation 5 console with 1 controller


               posting_body
               ===========
```

My Name is ████████████   I an a quality manager at fandom.
I am selling my ps5 with controller
I am asking $175 I Got the pro system and I don't need this
 Cash only
Stop by 9am to 9pm 7 days a week

Address Redacted



```
         attributes
         ==========
              Address
              Redacted

    is_renewed: CHECKED
      language: english
         Address Redacted

         price: 175
```