RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE, an individual,<br><br>        Defendant. | Case No: 3:26-cv-01354<br><br>**ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* MOTION FOR ORDER PERMITTING EXPEDITED DISCOVERY**<br><br>Complaint Filed:        February 13, 2026 |

ORDER                                                                                              CASE No. 3:26-cv-01354

Complaint.  Pending further order of the Court, Fandom shall not disclose personally identifying information obtained in response to the permitted subpoenas outside of this action or in any public filing, and shall reference any person identified by the permitted subpoenas in public filings only by their initials. If any such person appears in this action (whether named as a defendant or otherwise) and does not wish to appear under their own name, the Court will require them to file a motion to proceed under pseudonym. If a defendant is named and served but defaults, Fandom may file an administrative motion for leave to disclose that defendant's name and other relevant personally identifying information in public filings.

IT IS SO ORDERED.

Dated: March 20, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge