RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE, an individual,<br><br>        Defendant. | Case No: 3:26-cv-01354-LJC<br><br>**FANDOM, INC.'S ADMINISTRATION MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rule 7-11] |

## I.   INTRODUCTION

Pursuant to Civil Local Rule 7-11 and 6-1, Plaintiff Fandom, Inc. ("**Fandom**") hereby respectfully submits this Administrative Motion to Continue the Initial Case Management Conference to July 16, 2026.

## II.   PROCEDURAL BACKGROUND

Fandom filed this Action against Doe Defendants on February 13, 2026. (Dkt. 1.) On February 17, 2026, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines that set an Initial Case Management Conference for May 14, 2026 (Dkt. 4).  On February 18, 2026, Fandom filed an *Ex Parte* Application for Expedited Limited Discovery that would allow Fandom to serve subpoenas on Reddit, Google, Discord,  Craigslist and Comcast in order to learn the identity of Defendant (Dkt. 6.) On March 12, 2026, the Court granted the Application and issued an Order Granting Fandom's *Ex Parte* Application for Expedited Limited Discovery (Dkt. 10).  On  March 13,  2026, Fandom immediately served subpoenas on Reddit, Google, Discord, Inc., Craigslist and Comcast. Alvarez Salgado Decl, ¶ 2. On March 18, Fandom received responsive information from Craigslist, including email addresses and IP information, that gave Fandom basis to seek additional expedited limited discovery.

Based on the information received from Craigslist, on March 20, 2026, Fandom filed a Second *Ex Parte* Application for Expedited Limited Discovery that would allow Fandom to serve subpoenas on AT&T, Charter Communications and Google, in order to learn the identity of Defendant (Dkt. 11). On March 20, 2026, the Court granted the Application and issued an Order Granting Fandom's Second *Ex Parte* Application for Expedited Limited Discovery (Dkt. 13). On March 23, 2026, Fandom served subpoenas on AT&T, Charter Communications and Google. Alvarez Salgado Decl, ¶ 3.

## III.   DISCUSSION

Fandom's expedited discovery and investigation to learn Defendant's identity remains ongoing. Fandom anticipates further production from one or more of the subpoenaed entities, and in the meantime, has been conferring with the subpoenaed entities in good faith as needed to obtain the information it needs as soon as possible. Alvarez Salgado Decl, ¶ 4. Accordingly,

Fandom anticipates that Defendant's identity will be confirmed and the Complaint served in due course. Fandom thus respectfully requests that the Initial Case Management Conference, currently set for May 14, 2026, be continued to July 16, 2026. This continuance will provide the parties the opportunity to finalize the pleadings, conduct the conference required under the Federal Rules of Civil Procedure, and timely file the required Joint Case Management Report prior to the Initial Case Management Conference.

**IV.    CONCLUSION**

Accordingly, Fandom respectfully requests that the Court continue the Initial Case Management Conference to July 16, 2026.

Respectfully submitted,
TYZ LAW GROUP PC

Dated: April 30, 2026                    */s/Stephanie Alvarez Salgado*
                                         Stephanie Alvarez Salgado

                                         Attorneys for Plaintiff
                                         Fandom, Inc.

RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation, | Case No: 3:26-cv-01354-LJC |
| Plaintiff, | **DECLARATION OF STEPHANIE ALVAREZ SALGADO IN SUPPORT OF FANDOM, INC.'S ADMINISTRATION MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN DOE, an individual, | |
| Defendant. | [Civil Local Rule 7-11] |

I, Stephanie Alvarez Salgado, hereby declare as follows:

1.    I am an attorney at law licensed to practice in the State of California and Northern the District of California. I am an attorney at the law firm of Tyz Law Group PC, attorneys for Plaintiff Fandom, Inc. ("Fandom") in this action. I have personal knowledge of the matters set forth in this declaration in support of Fandom, Inc.'s Administrative Motion to Continue the Initial Case Management Conference, and if called to testify as a witness, would be competent to testify as follows.

2.    On March 13, 2026, my office caused subpoenas to be served on Reddit, Google, Discord, Inc., Craigslist and Comcast, seeking documents to reveal the identity of Doe Defendant.

3.    On March 23, 2026, my office caused subpoenas to be served on AT&T, Charter Communications and Google (together with Reddit, Discord, Inc., Craigslist, and Comcast, "Subpoenaed Entities"), seeking documents to reveal the identity of Doe Defendant.

4.    We have been conferring with the Subpoenaed Entities in good faith as needed to obtain the requested information as soon as possible. I anticipate receiving an additional responsive production from Charter Communications with subscriber information for IP addresses connected to posts provided by Craigslist.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2026.


                                             /s/Stephanie Alvarez Salgado____
                                             Stephanie Alvarez Salgado

ALVAREZ SALGADO DECL ISO
ADMIN. MOTION TO CONT. INITIAL CMC        - 1 -              CASE NO. 3:26-cv-01354

RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation, | Case No: 3:26-cv-01354-LJC |
| Plaintiff, | **ORDER GRANTING FANDOM, INC.'S ADMINISTRATION MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN DOE, an individual, | [Civil Local Rule 7-11] |
| Defendant. | |

## **ORDER**

The Court having heard Defendant Fandom, Inc.'s Administrative Motion to Continue the Initial Case Management Conference under Local Rule 7-11, considered all the papers filed by the parties in connection with the Motion and the pleadings on file in this action,  the Court hereby rules as follows:

It is hereby ORDERED that Initial Case Management Conference currently scheduled for May 14, 2026 is re-scheduled to July 16, 2026.

IT IS SO ORDERED.

Dated: May 1, 2026

_____

LISA J. CISNEROS
United States Magistrate Judge

ORDER                                                    - 1 -                                    CASE No. 3:26-cv-01354