RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE, an individual,<br><br>    Defendant. | Case No: 3:26-cv-01354-LJC<br><br>**ORDER GRANTING PLAINTIFF'S** ***EX PARTE*** **APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**<br><br>Complaint Filed:        February 13, 2026 |

ORDER                                                                              CASE NO. 3:26-cv-01354-LJC

## **ORDER**

This application came before the Court upon Fandom's *Ex Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant ("Application"), and the Court ORDERS:

1.     Fandom has established "good cause" under Federal Rule of Civil Procedure 4(m,) and the Court finds it appropriate in its discretion under Rules 4(m) and 6(b), to extend Fandom's deadline to serve Defendant John Doe with a summons and Complaint.

2.     Fandom's deadline to serve the summons and complaint on Defendant John Doe is hereby extended by 60 days, up to and including July 13, 2026.

3.     Nothing in this Order precludes Fandom from seeking additional relief, including further extensions of time to serve, upon an appropriate showing of good cause.

IT IS SO ORDERED.

Dated: May 13, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge