RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANDOM, INC., a Delaware corporation, | Case No: 3:26-cv-01354-LJC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO IDENTIFY DEFENDANT BY NAME ON SUMMONS AND FOR EXTENSION OF SERVICE DEADLINE** |
| v. | |
| JOHN DOE, an individual, | |
| Defendant. | |

ORDER                                          CASE NO. 3:26-cv-01354-LJC

## **ORDER**

This motion came before the Court upon Fandom's Administrative Motion for Leave to Identify Defendant by Name on Summons and for Extension of Service Deadline ("Motion"), and the Court GRANTS the motion and hereby ORDERS:

1.      The Clerk is authorized to issue summons identifying Defendant A.H. by his full name and address.

2.      The portions of the proposed summons, any issued summons, and any proofs of service or related service forms that contain Defendant's full name and address shall be filed under seal, with such documents being filed on the public docket in redacted form and unredacted versions submitted under seal as required under Civil Local Rule 79-5.

3.      Good cause existing, Plaintiff's deadline to complete service of process on Defendant A.H. is extended up to and through two weeks from the date of this Order.

IT IS SO ORDERED.

Dated: July 9, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge