James J. Astuno, Jr., Esq. (SBN 315214)
Adrian R. Lyons (SBN 346075)
ASTUNO & ASSOCIATES, APC
1200 Prospect Street, Suite 400
La Jolla, C 92037
Telephone: 619-738-3744
Fax: 858-228-5939
Email: jj@astuno.com

Attorneys for Defendant,
A.H., an individual

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FANDOM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>A.H., an individual, and DOES 1-10,<br><br>Defendant. | Case No: 4:26-cv-01354-AMO<br><br>**DEFENDANT A.H.'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**<br><br>Complaint Filed: February 13, 2026<br>Trial Date: None Set |

Pursuant to Civil L.R. 3-15, Defendant A.H. ("Defendant") certifies that as of September 16, 2026, there is no conflict or interest (other than the named parties) to report. There are no persons, associations of persons, firms, partnerships, corporations, or any other entities, other than the parties themselves, known by Defendant to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: September 16, 2026

ASTUNO & ASSOCIATES, APC

Adrian Lyons

James J. Astuno, Jr., Esq.
Adrian R. Lyons, Esq.
Attorneys for Defendant A.H.

Dated: September 16, 2026

Alan Howard

A.H.
Defendant