James J. Astuno, Jr., Esq. (SBN 315214)
Adrian R. Lyons (SBN 346075)
ASTUNO & ASSOCIATES, APC
1200 Prospect Street, Suite 400
La Jolla, C 92037
Telephone: 619-738-3744
Fax: 858-228-5939
Email: jj@astuno.com
slyons@astuno.com

Attorneys for Defendant,
A.H.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FANDOM, INC., a Delaware corporation,

Plaintiff,

v.

A.H., an individual, and DOES 1-10,

Defendant.

Case No: 3:26-cv-01354-AMO

**STIPULATION EXTENDING TIME FOR DEFENDANT A.H. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

CMC Date: October 8, 2026
Time: 10:00 a.m.
Courtroom: 5, 2d Floor

Filed: February 13, 2026

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Fandom, Inc. and Defendant A.H. (collectively, the "Parties"), through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, as follows:

1. Defendant A.H.'s deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint, filed on June 25, 2026 ("FAC"), is extended from September 18, 2026 to and including October 2, 2026.

2. Good cause exists for the requested extension beacuse the Parties are actively engaged in finalizing a settlement agreement and require additional time to complete and effectuate

the anticipated resolution of this matter. This is Defendant A.H.'s first request for an extension of time to respond to the FAC.

3. Pursuant to Civil Local Rule 6-1(a), the requested extension will not alter the date of any event or deadline previously fixed by Court order.

4. The extension provided by this stipulation shall not constitute a waiver of any claim, right, argument, or defense of any party, including, without limitation, any defense available under Federal Rule of Civil Procedure 12.

Respectfully submitted,
**ASTUNO & ASSOCIATES, APC**

Dated:

/s/Adrian Lyons
Adrian R. Lyons
James J. Astuno Jr.
Attorneys for Defendant
A.H.

Respectfully submitted,
**TYZ LAW GROUP PC**

Dated:

/s/Ciara McHale
Ciara McHale
Attorneys for Plaintiff
Fandom, Inc.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Adrian Lyons, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2026.

/s/Adrian Lyons

Adrian R. Lyons