RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FANDOM, INC., a Delaware corporation,

Plaintiff,

v.

A.H., an individual, and DOES 1-10,

Defendant.

Case No: 4:26-cv-01354-AMO

**JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT**

Date: October 8, 2026
Time: 10:00 a.m.
Courtroom: 5, 2nd Floor

Pursuant to Federal Rule of Civil Procedure 26(f), the Local Rules, and the standing orders of this Court, Plaintiff and Defendant A.H. respectfully submit this Joint Case Management Statement to notify the Court that they have reached a settlement in this matter.

Plaintiff and Defendant A.H. have reached a settlement agreement resolving this matter. The parties are currently in the process of finalizing the settlement documentation and completing the remaining steps necessary to effectuate the settlement. Upon execution of the agreement and compliance with certain of its terms, Plaintiff anticipates filing a notice of dismissal of this action with prejudice as to Defendant A.H. and without prejudice as to Does 1–10.

Accordingly, the parties respectfully request that the Court take the upcoming Case Management Conference off calendar or, alternatively, continue it for approximately 30 days to allow sufficient time to finalize the settlement and file the appropriate dismissal papers.

Respectfully submitted,
TYZ LAW GROUP PC

Dated: September 28, 2026

*/s/Ciara McHale*
Ciara McHale

Attorneys for Plaintiff
Fandom, Inc.

Respectfully submitted,
**ASTUNO & ASSOCIATES**

Dated: September 28, 2026

*/s/James Astuno*
James Astuno

Attorneys for Defendant
A.H.

**ATTESTAION PURUSANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Ciara McHale, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 28. 2026

*/s/Ciara McHale*
Ciara McHale