RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Fandom, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FANDOM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>A.H., an individual, and DOES 1–10,<br><br>Defendants. | Case No: 4:26-cv-01354-AMO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fandom, Inc. hereby voluntarily dismisses this action as to Defendant A.H. with prejudice and as to Does 1-10 without prejudice.

Respectfully submitted,
TYZ LAW GROUP PC

Dated: October 9, 2026

*/s/Ciara McHale*
Ciara McHale

Attorneys for Plaintiff
Fandom, Inc.